# Sharron Allen & Associates, Inc.          Invoice

Visit our website at www.sharronallen.com

P.O. Box 1731

| Invoice Date | Invoice # |
|---|---|
| Monday, December 28, 2009 | 22312 |

Jackson MS 39215-1731

Phone (601) 825-6339     Fax: (601) 825-1154

John L. Maxey II
Maxey Wann, PLLC
210 E. Capitol Street, Suite 2125
P.O. Box 3977
Jackson, MS 39207

Exhibit "H"

Phone: (601) 355-8855    Fax: (601) 355-8881

| | |
|---|---|
| **Witness:** | Herbert Hilderbrand |
| **Case:** | Herbert Hilderbrand vs Levi Strauss & Co. |
| **Venue:** | United States District Court |
| **Case #:** | 3:09cv243 |
| **Date:** | 12/3/2009 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 5:13 PM |
| **Reporter:** | Christy Sievert |
| **Claim #:** | |
| **File #:** | 15761 |

| Description | |
|---|---|
| Shipping & Handling | |
| Read and Sign | |
| Exhibits - Black & White | |
| Voice File/ASCII/Condensed/Word Index/Exhibits | |
| Certified Transcript Copy | |
| **Sub Total** | $625.60 |
| **Payments** | $0.00 |
| **Balance Due** | $625.60 |

Tax Number
64-0891257

sharron@sharronallen.com

Terms: Payable upon receipt
1.5% Per Month

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
**Sharron F. Allen, CSR**
Remit To: P.O. Box 1731, Jackson, MS 39215

Charge my credit card:
☐ VISA  ☐ American Express
Fed. I.D. # 64-0891257
☐ MasterCard  ☐ Discover

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                          Exp. Date

Daytime Phone