

**12 Lakeland Circle, Suite A • Jackson, MS 39216**

Marjorie S. Busching
Maxey Wann, PLLC
210 E. Capitol St., Ste. 2125
Jackson, MS 39207-3977

Exhibit "I"

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10216 | 1/13/2010 | 6266 |

| Job Date | Case No. |
|---|---|
| 12/22/2009 | |

| Case Name |
|---|
| Herbert R. Hilderbrand v. Levi Strauss & Co. |

| Payment Terms |
|---|
| Due upon receipt |



ORIGINAL TRANSCRIPT OF:
  Mark Grovich ............................................. 434.00
ORIGINAL TRANSCRIPT OF:
  L.H. Gibson .............................................. 248.50

                               TOTAL DUE >>>      $682.50
                               AFTER 4/13/2010 PAY  $750.75

**Tax ID:** 64-0803598 (601)362-1995        Phone: 601-355-8855   Fax: 601-355-8881

*Please detach bottom portion and return with payment.*

Marjorie S. Busching
Maxey Wann, PLLC
210 E. Capitol St., Ste. 2125
Jackson, MS 39207-3977

Invoice No.  : 10216
Invoice Date : 1/13/2010
**Total Due** : **$ 682.50**
AFTER 4/13/2010 PAY $750.75

Remit To: **Brooks Court Reporting, Inc.**
          **2105 5th Street**
          **Meridian, MS 39301**

Job No.    : 6266
BU ID      : 1-MAIN
Case No.   :
Case Name  : Herbert R. Hilderbrand v. Levi Strauss & Co.